| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Eastern District of Missouri |
| Case number (*If known*): _____  Chapter 11 |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   Total Hockey, Inc.

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names, and *doing business as* names  
   Total Hockey Training; Total Lacrosse; PB Team; Players Bench Corp.; Total Goalie; Red Tag

3. **Debtor's federal Employer Identification Number (EIN)**  
   4 3 - 1 8 4 4 0 1 0

4. **Debtor's address**  

   **Principal place of business**  
   3120 Riverport Tech Center Drive  
   Maryland Heights, MO 63043  

   St. Louis County  
   County  

   **Mailing address, if different from principal place of business**  

   **Location of principal assets, if different from principal place of business**

5. **Debtor's website** (URL)   www.totalhockey.com

6. **Type of debtor**  
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor  Total Hockey, Inc.
      Name

Case number *(if known)*_____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

  4  5  1  1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                     MM / DD / YYYY

        District _____  When _____  Case number _____
                                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor  See attached Schedule  Relationship _____
      District _____  When _____
                                     MM / DD / YYYY
      Case number, if known _____

Voluntary Petition for Non-Individuals Filing for Bankruptcy

Debtor  Total Hockey, Inc.                                    Case number (if known)_____
        Name

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?**

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
         Contact name  _____
         Phone         _____

---

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    Check one:
    ☐ Funds will be available for distribution to unsecured creditors.
    ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☐ 1-49            ☐ 1,000-5,000        ☒ 25,001-50,000
    ☐ 50-99           ☐ 5,001-10,000       ☐ 50,001-100,000
    ☐ 100-199         ☐ 10,001-25,000      ☐ More than 100,000
    ☐ 200-999

15. **Estimated assets**

    ☐ $0-$50,000             ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
    ☐ $50,001-$100,000       ☒ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
    ☐ $100,001-$500,000      ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
    ☐ $500,001-$1 million    ☐ $100,000,001-$500 million   ☐ More than $50 billion

Voluntary Petition for Non-Individuals Filing for Bankruptcy

Debtor  Total Hockey, Inc.                                   Case number (*if known*)_____
        Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☒ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/06/2016
             MM  / DD / YYYY

✗ /s/ Lee A. Diercks                                   /s/ Lee A. Diercks
Signature of authorized representative of debtor        Printed name

Title  Chief Restructuring Officer

**18. Signature of attorney**

✗ /s/ Matthew S. Layfield                              Date  07/06/2016
Signature of attorney for debtor                             MM / DD / YYYY

Matthew S. Layfield
Polsinelli PC
100 S. Fourth Street
Suite 1000
St. Louis, MO 63102

314-889-8000                                           mlayfield@polsinelli.com
Contact phone                                          Email address

57540                                                  MO
Bar number                                             State

_____                        _____
Contact phone                                          Email address

_____                        _____
Bar number                                             State

Voluntary Petition for Non-Individuals Filing for Bankruptcy

Debtor __Total Hockey, Inc._____    Case number (*if known*) _____
      Name

Schedule 201
10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
Continuation Page

| Debtor | Relationship | District | Date Filed | Case number |
|---|---|---|---|---|
| Player's Bench Corporation | Affiliate | Eastern District of Missouri | 07/06/2016 | |
| Hipcheck, L.L.C. | Affiliate | Eastern District of Missouri | 07/06/2016 | |

201 Question 10 Continuation

**Fill in this information to identify the case:**

Debtor name: Total Hockey, Inc.
United States Bankruptcy Court for the: Eastern District of Missouri
Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Bauer Hockey, Inc. 3958 Collection Center Drive Chicago, IL 60693 | Eric Roman (603) 430-2111 Eric.Roman@bauer.com | TRADE | | | | 13,829,485.53 |
| 2 | Reebok - CCM Hockey P.O BOX 5219 NEW YORK, NY 10087-5219 | Suzanne Gendron 514-461-8192 Suzanne.Gendron@reebokccm.com | TRADE | | | | 7,264,425.61 |
| 3 | Warrior Hilldun Corporation 225 West 35th Street New York, NY 10001 | Andy Rymsha 248-798-9810 andy.rymsha@warrior.com | TRADE | | | | 1,480,890.57 |
| 4 | Easton (Owned by Bauer) PO Box 782148 Philadelphia, PA 19178-2148 | Connie Ley 514-671-7891 cley@eastonhockey.com | TRADE | | | | 1,283,260.05 |
| 5 | John Richard Boh 9407 SOUTH DOLTON WAY HIGHLANDS RANCH , CO 80126 | Rick Boh 303-725-1596 rboh16@gmail.com | UNSECURED NOTES | | | | 1,058,833.85 |
| 6 | Sherwood Hockey 2747 Boul. Sherwood Sherbrooke, Canada J1K1E1 CANADA | Marie-Christine Cebrian 819-563-2202 mccebrian@sher-wood.ca | TRADE | | | | 448,248.38 |
| 7 | STX Lacrosse 1500 Bush Street Baltimore, MD 21230 | Tammy Walters 410-454-0110 tammyw@stx.com | TRADE | | | | 362,199.82 |
| 8 | UNITED PARCEL FREIGHT INC. UPS SUPPLY CHAIN SOLUTIONS,  INC. 28013 NETWORK PLACE CHICAGO, IL 60673-1280 | Chris Miller 217-358-6441 cmiller1@ups.com | TRADE | | | | 349,536.74 |

Debtor: Total Hockey, Inc.

Case number (*if known*): _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Vaughn Custom Sports<br>550 S. Glaspie Street<br>Oxford, MI 48371 | Debbie Kubacki<br>(248) 969-8956<br>dkubacki@vaughnhockey.com | TRADE | | | | 295,625.73 |
| 10 | TRUE TEMPER SPORTS, INC<br>8275 TOURNAMENT DR #200<br>MEMPHIS, TN 38125 | Sherry McClure<br>901-746-2029<br>Sherry.mcclure@truetemper.com | TRADE | | | | 291,024.49 |
| 11 | Maverick Lacrosse<br>PO Box 417210<br>Boston, MA 02241 | Heather Zanatta<br>315-233-6234<br>[Heather.Zanatta@Cascadelacrosse.com] | TRADE | | | | 288,831.84 |
| 12 | NORTH AMERICAN TAPE, LLC<br>22430 FISHER ROAD<br>WATERTOWN, NY 13601 | Alison Winn<br>315-779-2822<br>alison.winn@northamericantapes.com | TRADE | | | | 286,993.78 |
| 13 | Brine, INC (Owned by Bauer)<br>16151 Collections Center DR<br>Chicago, IL 60693 | Andy Rymsha<br>248-798-9810<br>andy.rymsha@warrior.com | TRADE | | | | 283,841.60 |
| 14 | NIKE USA, INC<br>PO BOX 846066<br>DALLAS, TX 75284-6066 | Jesse Odom<br>503-532-8132<br>Jesse.Udom@nike.com | TRADE | | | | 269,905.55 |
| 15 | PEONY APPAREL INC<br>9758 KLINGERMAN ST<br>EL MONTE, CA 91731 | Andrew Kha<br>626-255-9974<br>andrewkha123@yahoo.com | TRADE | | | | 211,923.81 |
| 16 | Brians Custom Sports, LTD.<br>Watson Sports Associates<br>P.O. Box 871310<br>Canton, MI 48187 | Karen Malcolm<br>519-733-6501<br>karenm@briansmfg.com | TRADE | | | | 193,184.04 |
| 17 | Shock Doctor<br>EB 147<br>PO Box 1691<br>Minneapolis, MN 55480 | Tracy Brown<br>952-767-2319<br>tbrown@unitedspb.com | TRADE | | | | 180,918.10 |
| 18 | Cardinal Transportation Solutions LLC<br>6209 Mid Rivers Mall Drive<br>Suite 210<br>St. Charles, MO 63304 | Rick Clarkston<br>636-447-4099<br>rclarkston@cardinaltransportationsolutions.com | TRADE | | | | 166,412.10 |
| 19 | CRATEX CONTAINER CORPORATION<br>4224 Rider Trail North<br>Earth City, MO 63045 | Bill Beekman<br>(314) 291-7777<br>billb@cratexcorp.com | TRADE | | | | 151,025.73 |
| 20 | REVOLUTION MARKETING LLC<br>600 W. CHICAGO AVE STE 220<br>CHICAGO, IL 60654 | Jen Neal<br>312-529-5919<br>jneal@revolutionworld.com | TRADE | | | | 150,810.00 |

**Fill in this information to identify the case and this filing:**

Debtor Name __Total Hockey, Inc._____

United States Bankruptcy Court for the: __Eastern_____  District of __Missouri___
(State)

Case number (If known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❏ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❏ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❏ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❏ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❏ *Schedule H: Codebtors* (Official Form 206H)
- ❏ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❏ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❏ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/06/2016__         ✗ __/s/ Lee A. Diercks_____
            MM / DD / YYYY             Signature of individual signing on behalf of debtor

                                        __Lee A. Diercks_____
                                        Printed name

                                        __Chief Restructuring Officer_____
                                        Position or relationship to debtor

Official Form 202           **Declaration Under Penalty of Perjury for Non-Individual Debtors**

# CERTIFICATE OF
# CORPORATE RESOLUTION

The undersigned, being the Secretary of **Total Hockey, Inc.** (the "**Company**"), a corporation duly organized and validly existing under the laws of the State of Missouri, certifies that the following resolutions were duly adopted in accordance with the articles of incorporation and by-laws of the Company by the unanimous written consent of the Board of Directors of the Company (the "**Board**") on June 30, 2016, and that the same have not been modified or rescinded and are in full force and effect:

WHEREAS, the Board reviewed the materials presented by the management and legal advisers of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to the Company, and the impact of the foregoing on the Company's business; and

WHEREAS, Lee A. Diercks was appointed Chief Restructuring Officer of the Company on June 6, 2016, and has all the responsibilities and duties as customarily assigned to persons who occupy an office with such title; and

WHEREAS, the Board has had the opportunity to consult with Chief Restructuring Officer, the management and legal advisers of the Company and fully consider each of the strategic alternatives available to the Company;

NOW THEREFORE BE IT RESOLVED that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, stockholders, and other parties in interest, that the Company file or cause to be filed voluntary petitions for relief under the provisions of chapter 11 of title 11 of the United States Code;

RESOLVED that the Chief Restructuring Officer, and such other officers as may be designated by the Chief Restructuring Officer (collectively, the "**Authorized Officers**"), acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief;

RESOLVED that each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to continue to employ the law firm of Polsinelli PC as counsel to represent and assist the Company in carrying out its duties under title 11 of the United States Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Polsinelli PC;

RESOLVED that each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to continue to employ the law

firm of Spencer Fane LLP as conflicts counsel to represent and assist the Company in carrying out its duties under title 11 of the United States Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Spencer Fane LLP;

RESOLVED that each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ the consulting firm of Clear Thinking Group LLC to assist the Company in carrying out its duties under title 11 of the United States Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, to cause to be filed appropriate applications for authority to retain the services of Clear Thinking Group LLC;

RESOLVED that each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ the firm of Rust Consulting/Omni Bankruptcy as notice and claims agent to represent and assist the Company in carrying out its duties under title 11 of the United States Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and to cause to be filed appropriate applications for authority to retain the services of Rust Consulting/Omni Bankruptcy; and

RESOLVED that each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under title 11 of the United States Code; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

RESOLVED that each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and empowered for, in the name of and on behalf of the Company to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such instruments as each, in his or her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions;

2

53499354.1

RESOLVED that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

IN WITNESS WHEREOF the undersigned has executed this certificate on this ___30th___ day of June, 2016.

_____
Katherine Benoit, Secretary

3

53499354.1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>TOTAL HOCKEY, INC.,<br><br>Debtor. | Case No. 16-_____<br><br>Chapter 11 |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby submits that the following entities directly own ten percent (10%) or more of Total Hockey, Inc.'s equity interests:

Hipcheck, L.L.C (100%)

I, Lee A. Diercks, declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: <u>July 6, 2016</u>　　　　　　　　　　　　/s/ Lee A. Diercks
　　　　　　　　　　　　　　　　　　　　　　Lee A. Diercks
　　　　　　　　　　　　　　　　　　　　　　Chief Restructuring Officer

53541044.1
53541044.1